**Order entered November 14, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00904-CV

### IN THE INTEREST OF J.R., A CHILD

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-18-1023-X**

## ORDER

Before the Court is appellant's November 12, 2019 second motion for an extension of time to file his brief on the merits. We **GRANT** the motion. We **ORDER** the brief tendered to this Court by appellant on November 12, 2019 filed as of the date of this order.

/s/     BILL WHITEHILL
JUSTICE